NO. 07-11-0432-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JUNE 26, 2012

_____


BRIANN NICOLE WILSON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 19411-B; HONORABLE JOHN BOARD, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, Briann Nicole Wilson, perfected this appeal from the trial court's judgment revoking her community supervision which had been granted for the offense of tampering with evidence.[1] Punishment was assessed at eight years confinement and a $500 fine.

---

[1]Tex. Penal Code Ann. § 37.10 (West 2011).

Pending before this Court is Appellant's *Motion to Dismiss Appeal* in which she represents she wishes to withdraw her notice of appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and her attorney. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice

Do not publish.